Page **1** of **1**

# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LIMON v. JAGUAR LAND ROVER NORTH AMERICA, LLC, et al.

Case No.: 19cv1883-JAH(RBB)
Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☐ Telephonic

On November 11, 2019, Defendant filed an Ex Parte Application for a Waiver of Personal Appearance at the Early Neutral Evaluation Conference [ECF No. 10]. The Early Neutral Evaluation Conference has since been vacated. Accordingly, Defendant's ex parte application is **DENIED AS MOOT**.

DATE: November 12, 2019     IT IS SO ORDERED: *Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Houston
    All Parties of Record