UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLI L. LIMON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cv1883-JAH (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE (Doc. No. 21)** |

　　　Pending before the Court is Plaintiff Shelli L. Limon and Defendant Jaguar Land Rover North America, LLC's Joint Motion to Dismiss Case with Prejudice. *See* Doc. No. 21. Upon consideration of the motion, IT IS HEREBY ORDERED the joint motion to dismiss is **GRANTED.** This action is dismissed with prejudice.

　　　**IT IS SO ORDERED.**

DATED:　May 28, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1